**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR269** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **EDWARD LAWRENCE HAYS,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [23]. Counsel needs additional time to review voluminous amounts of material, hire a Forensic Computer Examiner and confer with her client. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [23] is granted, as follows:

1. The jury trial now set for March 14, 2022 is continued to **June 21, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 21, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: March 7, 2022.**

                              **BY THE COURT:**


                              **s/ Susan M. Bazis**
                              **United States Magistrate Judge**